• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 5/22/06 |
|---|---|
| NAME OF SERVER (PRINT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: \ _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: SUMMIT NORTH MARINE, INC AT 3000 SUMMIT HARBOR PLACE BEAR, DE COPIES THEREOF WERE ACCEPTED BY AMIE HALL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/22/06
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

                              District of               Delaware

John B. Picchi

                     **SUMMONS IN A CIVIL CASE**

        V.

Summit North Marine, Inc.
3000 Summit Harbor Place
Bear, DE 19701               CASE NUMBER:    06 193 - (KAJ)

TO: (Name and address of Defendant)

Summit North Marina, Inc.
3000 Summit Harbor Place
Bear, DE 19701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynne M. Parker, Esquire
Hollstein Keating Cattell Johnson & Goldstein, P.C.
1201 North Orange Street, Suite 730
Wilington, DE 19801

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO               MAR 2 3 2006

CLERK                                            DATE

*[signature]*

(By) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN B. PICCHI<br>　　　　　Plaintiff,<br><br>v.<br><br>SUMMIT NORTH MARINA, Inc.<br>　　　　　Defendant | :<br>:<br>:　Civil Action No. 06 - 193 (KAJ)<br>:<br>:<br>:<br>; |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Return of Service was served by United States mail, postage prepaid, this 9th day of June, 2006, to:

| | |
|---|---|
| Summit North Marina, Inc.<br>3000 Summit Harbor Place<br>Bear, DE  19701 | |

　　　　　　　　　　　　　　　　　　HOLLSTEIN KEATING
　　　　　　　　　　　　　CATTELL JOHNSON & GOLDSTEIN, PC

By: _/s/ Lynne M. Parker_____
　　　Lynne M. Parker, Esq. (No. 2811)
　　　1201 North Orange Street, Suite 730
　　　Wilmington, Delaware 19801
　　　Phone: (302) 884-6700
　　　Fax:    (302) 573-2507
　　　Attorneys for Plaintiff John B. Picchi

Dated:  June 9, 2006

Of Counsel:
Edward V. Cattell, Jr., Esquire
Hollstein Keating Cattell, Johnson & Goldstein, PC
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 320-3260

{2188.00001:PJM0000}