IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOHN B. PICCHI,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )    **Civil Action No.: 06 193 (KAJ)** |
| v. | ) |
| | ) |
| **SUMMIT NORTH MARINA, Inc.,** | ) |
| | ) |
|     **Defendant.** | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Stephen P. Casarino, Esquire, Casarino, Christman & Shalk, as attorney for the defendant Summit North Marina, Inc. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant. The defendant specifically reserves all rights to raise any jurisdictional, service, or statute of limitations defects which may be available.

                                                                 CASARINO, CHRISTMAN & SHALK

                                                                 /s/ Stephen P.Casarino
                                                                STEPHEN P. CASARINO, ESQUIRE
                                                                I.D. No. 174
                                                               800 North King Street, Suite 200
                                                                P.O. Box 1276
                                                                Wilmington, DE 19899
                                                                (302) 594-4500
Dated: June 19, 2006                                         Attorney for the Defendant

**CERTIFICATE OF SERVICE**

I, Stephen P. Casarino, Esq., hereby certify that I have caused to be efiled at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 19th day of June 2006, a true and correct copy of the attached Entry of Appearance to:

Lynne M. Parker, Esquire
Hollstein, Keating, Cattell, Johnson & Goldstein, PC
12th & Orange Street, Suite 730
One Commerce Center
Wilmington, DE 19801

CASARINO, CHRISTMAN & SHALK

 /s/ Stephen P.Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500

Dated: June 19, 2006                Attorney for the Defendant