## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN B. PICCHI, | ) |
| | ) |
|     Plaintiff, | ) |
| | )     **Civil Action No.: 06 193 (KAJ)** |
| v. | ) |
| | )     **JURY TRIAL DEMANDED** |
| SUMMIT NORTH MARINA, Inc., | ) |
| | ) |
|     Defendant. | ) |

### DEFENDANT'S ANSWER TO COMPLAINT AND COUNTERCLAIM

Parties

1. Admitted.

2. Admitted.

Jurisdiction

3. Admitted.

Facts

4. Admitted.

5. Denied.

6. It is admitted that the boat was located in a slip at the marina. The balance of the averment is denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. It is admitted that on February 4, 2003 the plaintiff's boat took on water and sank. The balance of the averment is denied.

16. Admitted.

17. Denied.

18. Denied.

19. Denied.

## AFFIRMATIVE DEFENSES

20. The action is barred by the statute of limitations.

21. The plaintiff breached his Slip License Agreement with the defendant in that he:

    a. failed to keep his vessel in good condition;

    b. failed to keep his vessel insured.

## COUNTERCLAIM

22. The plaintiff kept his vessel which was unseaworthy and in poor condition at a Slip provided by Summit North Marina.

23. The failure to keep the boat in good and seaworthy condition is a violation of the leasing agreement entered into between the plaintiff and the defendant.

24. As a result of the plaintiff's breach to keep his vessel in good and seaworthy condition, the vessel sank.

25. The defendant incurred expenses in towing the vessel and storing the vessel.

26. Through June 30, 2006 the defendant incurred expenses in the amount of $276,750.

27. Expenses for storing the vessel continue at $150 per day.

WHEREFORE, the defendant requests that judgment be entered against the plaintiff for all expenses incurred, plus interest.

                                                      CASARINO, CHRISTMAN & SHALK

                                                     /s/ Stephen P. Casarino  
                                                     STEPHEN P. CASARINO, ESQUIRE  
                                                     I.D. No. 174  
                                                     800 North King Street, Suite 200  
                                                     P.O. Box 1276  
                                                     Wilmington, DE 19899  
                                                     (302) 594-4500  
Dated: July 12, 2006                           Attorney for the Defendant

**CERTIFICATE OF SERVICE**

I, Stephen P. Casarino, Esq., hereby certify that I have caused to be efiled at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 12th day of July, 2006, a true and correct copy of Defendant's Answer to Complaint and Counterclaim to:

Lynne M. Parker, Esquire
Hollstein, Keating, Cattell, Johnson & Goldstein, PC
12th & Orange Street, Suite 730
One Commerce Center
Wilmington, DE 19801

CASARINO, CHRISTMAN & SHALK

/s/ Stephen P.Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for the Defendant

Dated: July 12, 2006