IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN B. PICCHI | : | |
|        Plaintiff, | : | |
| | : | Civil Action No. 06 - 193 (KAJ) |
| v. | : | |
| | : | |
| SUMMIT NORTH MARINA, Inc. | : | |
|        Defendant | ; | |

### PLAINTIFF JOHN B. PICCHI'S RESPONSE TO COUNTERCLAIM WITH AFFIRMATIVE DEFENSES

Plaintiff, John B. Picchi ("Picchi") hereby responds to the Counterclaim with Affirmative Defenses, as follows:

### Counterclaim

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

WHEREFORE, the plaintiff John B. Picchi requests that judgment be entered against Defendant, Summit North Marina, Inc. and in his favor, with interest, attorneys' fees, costs and other such further relief as the Court may deem proper and just.

{2188.00001:KH8227}

**Affirmative Defenses to the Counterclaim**

1. Plaintiff hereby invokes the affirmative defenses of accord and satisfaction, , contributory negligence, duress, estoppel, failure of consideration, illegality, laches, license, payment, release, statute of frauds, statute of limitation, waiver, and settlement.

2. Defendant's counterclaim fails to state a claim upon relief can be granted.

3. Defendant's actions are the sole cause of any alleged damages, which damages are denied.

4. Plaintiffs have failed to mitigate their damages.

5. Defendant's delay in making this claim is unexplained, unexcused and unreasonable and Plaintiff was substantially prejudiced by the delay.

6. If it is determined that plaintiff is liable on the alleged cause of action, all liabilities being denied, then plaintiff is entitled to a reduction in award for such benefits as plaintiff has received from collateral sources.

7. The actions of defendants constituted a superseding, intervening cause relieving the plaintiffs of any and all liabilities on the counterclaim.

8. Defendants counterclaim fails due to lack of consideration, a lack of a meeting of the minds, failure of and/or lack of definite terms, failure of formation, offer and/or acceptance, unconscionability, failure of capacity, breach, and failure of condition precedent, and is an unenforceable contract of adhesion.

9. The alleged contract which forms the defendant's counterclaims is void, voidable, unenforceable and/or ultra vires.

WHEREFORE, the plaintiff John B. Picchi requests that judgment be entered against Defendant, Summit North Marina, Inc. and in his favor, with interest, attorneys' fees, costs and other such further relief as the Court may deem proper and just.

**HOLLSTEIN KEATING CATTELL**
**JOHNSON & GOLDSTEIN, P.C.**


By:     s/Lynne M. Parker
        Lynne M. Parker, Esq. (No. 2811)
        1201 N. Orange Street, Suite 730
        Wilmington, Delaware 19801
        Phone #: (302) 884-6700
        Fax #: (302) 573-2507
        Attorneys for Plaintiff

Date: August 1, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN B. PICCHI | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06 - 193 (KAJ) |
| v. | : | |
| | : | |
| SUMMIT NORTH MARINA, Inc. | : | |
| Defendant | ; | |

**CERTIFICATE OF SERVICE**

I certify that I caused to be forwarded a true and correct copy of the Plaintiff John B. Picchi's Response to Counterclaims with Affirmative Defenses, to the following by the manner indicated on the date indicated below:

Via U.S. Mail and Electronic Filing

Steven P. Casarino, Esquire
800 North King Street, Suite 200
P.O. Box 1276
Wilminton, DE 19899

By: _____
        Patrick McStravick

Date: August 1, 2006

{2188.00001:KH8227}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN B. PICCHI | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06 - 193 (KAJ) |
| v. | : | |
| | : | |
| SUMMIT NORTH MARINA, Inc. | : | |
| Defendant | ; | |

### CERTIFICATE OF SERVICE

I certify that I caused to be forwarded a true and correct copy of the Plaintiff John B. Picchi's Response to Counterclaims with Affirmative Defenses, to the following by the manner indicated on the date indicated below:

Via U.S. Mail and Electronic Filing

Steven P. Casarino, Esquire
800 North King Street, Suite 200
P.O. Box 1276
Wilminton, DE 19899

By: _____
Patrick McStravick

Date: August 1, 2006

{2188.00001:KH8227}