IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN B. PICCHI | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06 - 193 (KAJ) |
| v. | : | |
| | : | |
| SUMMIT NORTH MARINA, Inc. | : | |
| Defendant | ; | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Edward V. Cattell, Jr., Esquire and Patrick J. McStravick, Esquire of the firm of Hollstein Keating Cattell Johnson & Goldstein, PC, 1628 J.F. Kennedy Blvd., Suite 2000, Philadelphia, PA 19103 to represent Plaintiff John B. Picchi in this action.

                                                HOLLSTEIN KEATING
                                                CATTELL JOHNSON & GOLDSTEIN, PC

                                                By__/s/Lynne M. Parker_____
                                                    Lynne M. Parker, Esq.
                                                    Bar ID No. 2811
                                                    1201 N. Orange Street, Suite 730
                                                    Wilmington, Delaware 19801
                                                    Phone #: (302) 884-6700
                                                    Fax #: (302) 573-2507
                                                    Attorneys for Plaintiff

Dated:  September 26, 2006

{2188.00001:PJM0027}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN B. PICCHI<br>  Plaintiff,<br><br>v.<br><br>SUMMIT NORTH MARINA, Inc.<br>  Defendant | :<br>:<br>:   Civil Action No. 06 - 193 (KAJ)<br>:<br>:<br>:<br>:<br>; |

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Edward V. Cattell, Jr., Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York, New Jersey and Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                          Edward V. Cattell, Jr., Esquire
                                          HOLLSTEIN KEATING
                                          CATTELL JOHNSON & GOLDSTEIN, PC
                                          Eight Penn Center
                                          1628 John F. Kennedy Boulevard
                                          Suite 2000
                                          Philadelphia, PA 19103
                                          Phone#: (215) 320-3260
                                          Fax#: (215) 320-3261

Date: September 26, 2006

{2188.00001:PJM0028}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN B. PICCHI  Plaintiff, | : <br> : <br> : |
| v. | : Civil Action No. 06 - 193 (KAJ) <br> : <br> : |
| SUMMIT NORTH MARINA, Inc.  Defendant | : <br> : <br> ; |

### CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Patrick J. McStravick, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New Jersey and Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_/s/ Patrick J. McStravick_
Patrick J. McStravick, Esquire
HOLLSTEIN KEATING
CATTELL JOHNSON & GOLDSTEIN, PC
Eight Penn Center
1628 John F. Kennedy Boulevard
Suite 2000
Philadelphia, PA 19103
Phone#: (215) 320-3260
Fax#: (215) 320-3261

Date: September 26, 2006

{2188.00001:PJM0028}

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2006, I electronically filed the foregoing Motion and Order for Admission of Edward V. Cattell, Jr., Esquire and Patrick J. McStravick, Esquire for *Pro Hac Vice* on behalf of Plaintiff John Picchi using CM/ECF which will send notification of such filing to:

Steven P. Casarino, Esquire
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

                                             /s/Lynne M. Parker
                                       Lynne M. Parker, Bar ID No. 2811
                                       1201 N. Orange Street, Suite 730
                                       Wilmington, Delaware 19801
                                       (302) 884-6700
                                       lparker@hollsteinkeating.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN B. PICCHI | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06 - 193 (KAJ) |
| v. | : | |
| | : | |
| SUMMIT NORTH MARINA, Inc. | : | |
| Defendant | ; | |

### ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION

**IT IS HEREBY ORDERED** that the motion for admission *pro hac vice* of Edward V. Cattell, Jr., Esquire and Patrick J. McStravick, Esquire is granted.

**SO ORDERED** this _____ day of _____, 2006.

_____
J.

{2188.00001:PJM0026}