**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

JOHN B. PICCHI     :
     Plaintiff,  :
          :  Civil Action No. 06 - 193 (KAJ)
v.          :
          :
SUMMIT NORTH MARINA, Inc. :
     Defendant ;

## CERTIFICATION OF PATRICK J. McSTRAVICK

Patrick J. McStravick, Esquire, hereby certifies as follows:

1. I am an adult individual residing in Mt. Laurel, NJ, 08054.

2. I am the attorney representing the plaintiff in the above captioned matter, and make the following statements under penalty of perjury.

3. I have contacted J.R. Rinker, a diver who was on the scene of the incident, and who was identified in the plaintiff's Rule 26 response. Mr. Rinker has confirmed that he remembers this incident and is willing to testify. I have also confirmed that Terry Boos of Guardian, and James McCarthy of Boat USA, involved in the oil clean up and vessel raising respectively, are also presently available at their identified locations. I have also contacted Mr. Jack Horner, the post incident surveyor. Mr. Horner is also available, remembers the vessel and can testify about his survey report, which has been produced to the defendant.

4. Attached as Exhibit "1" hereto is a true and correct copy of the plaintiff's Rule 26 disclosure, with any personal information redacted, and without the attached documents.

5.  Attached as Exhibit "2" hereto is a true and correct copy of my correspondence to the defendant's counsel, Mr. Casarino, on September 7 and 20, 2006 respectively.  Both letters request the Rule 26 disclosures, and the September 20, 2006 letter further identified specific information which was crucial before any determination could be made against the plaintiff.

6.  Defendant has had possession of the vessel since the incident, and it remains on their premises.

I hereby certify that all of the statements contained herein are true and correct based upon my personal knowledge, information and belief.  I am aware that I am subject to punishment for perjury if any statement made by me is knowingly false.

Patrick J. McStravick

Date: _10 - 2 - 0 6_____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOHN B. PICCHI | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06 - 193 (KAJ) |
| v. | : | |
| | : | |
| SUMMIT NORTH MARINA, Inc. | : | |
| Defendant | ; | |

### PLAINTIFF JOHN B. PICCHI'S RULE 26 DISCLOSURES

1. **Rule 26(a)(1)(A)**

    a.    All parties to this action;

    b.    Officers, employees, agents, servants and contractors of the defendant, including but not limited to:

        i.    Janice Trala, who is believed to have notified plaintiffs of the vessel sinking, and was involved in the salvage and clean-up on behalf of defendant;

        ii.    David Ayers ▮▮▮▮▮▮▮ believed to be the individual breaking the ice;

    c.    All witnesses and other individuals identified in the attached documents and reports, including but not limited to:

        i.    Delaware Fish &Game/Park Ranger David Bloosch (Blausch), (302) 836-4682; (302) 739-4580 and (302)729-3440;

        ii.    Individuals at Department of Natural Resources and Environmental Control (DNREC);

        iii.    Mst. Joseph Brady and Lt. JG Eric Carrero, U.S.C.G.  1 Washington Ave. Philadelphia, PA, and Coast Guard officials, officers and investigators identified in the attached documents and reports of the Coast Guard;

        iv.    Joseph Cunane and Terry Boos and other individuals at Guardian Environment Services, Inc., 1280 Porter Rd. Bear, DE, who were involved in the clean up efforts;

v.    ACT Surveyors, 106 Cardinal Ave, Villas, NJ 08251, who did a pre-incident survey;

vi.    Jack Horner, Marine Survey and Design Company, 1291 B Lavall Drive, Davidsonville, MD 21035, post incident survey;

vii.    James McCArthy, C Port, P.O. Box 201 Chesepeake City, MD, 21915, involved in the salvage;

viii.    Captain Hamilton Cole, Amboy Towing, Annapolis, MD, believed to have been the diver;

ix.    J.R. Rinker, Bohemian Anchorage, Inc. 1707 Gleebe Road, Earleville, MD, 21919, believed to have had a slip in the vicinity

d.    Owners of adjacent boat slips in the marina (to be identified in discovery);

e.    Plaintiff reserves the right to amend consistent with the applicable rules.

2.    **Rule 26(a)(1)(B) (documents enclosed)**

a.    See Schedule of Proofs with documents attached;

b.    Color photos of vessel pre- and post- incident;

c.    Marine Survey Report with color photos;

d.    Coast Guard Reports and materials;

e.    Summit invoices and check;

f.    Guardian report re: clean up.

3.    **Rule 26(a)(1)(C)**

a.    Plaintiff's yacht  - total constructive loss:    $140,000.00

b.    Other damages and incurred charges related to the sinking of the vessel (as far as an be presently ascertained - see Schedule of Proofs attached and plaintiff's Complaint):

$117,363.00

c.    <u>Total (current)</u>                    <u>$257,363.00.</u>

4.    **Rule 26(a)(1)(D)**

N/A.

HOLLSTEIN KEATING CATTELL
JOHNSON & GOLDSTEIN, P.C.

By: _____
Edward V. Cattell, Jr. *of counsel*
Patrick J. McStravick

1201 N. Orange Street, Suite 730
Wilmington, Delaware 19801
Phone #: (302) 884-6700
Fax #: (302) 573-2507
Attorneys for Plaintiff

 



# HKG

## HOLLSTEIN KEATING
## CATTELL JOHNSON & GOLDSTEIN P.C.

| PENNSYLVANIA OFFICE | ATTORNEYS AT LAW | NEW JERSEY OFFICE |
|---|---|---|
| Suite 2000, Eight Penn Center | | Willow Ridge Executive Office Park |
| 1628 John F. Kennedy Boulevard | 1201 NORTH ORANGE STREET, SUITE 730 | 750 Route 73 South – Suite 301 |
| Philadelphia PA 19103 | WILMINGTON, DE 19801 | Marlton, NJ 08053 |
| (215) 320-3260 | (302) 884-6700 | (856) 810-8860 |
| FAX (215) 320-3261 | | Fax (856) 810-8861 |

FAX: (302) 573-2507

Lynne M. Parker
Member NJ, PA & DE Bars

E-mail Address
lmp@hkcjg.com

September 7, 2006

**VIA FEDERAL EXPRESS**

Stephen P. Casarino, Esquire
800 North King Street
Suite 200
PO Box 1276
Wilmington, DE 19899

> Re:   **Picchi v. Summit North Marina**
>         **No. 06 cv 00193 (KAJ)**

Dear Mr. Casarino:

Enclosed is our Rule 26 disclosure. Would you please provide us with your disclosure.

Additionally, to the extent that you have made a determination, would you please advise what your time table is for the filing of your dispositive motion in this case.

Very truly yours,

Edward V. Cattell, Jr.
Patrick J. McStravick

EVC/yfj

# HKG

## HOLLSTEIN KEATING
## CATTELL JOHNSON & GOLDSTEIN P.C.

| PENNSYLVANIA OFFICE | ATTORNEYS AT LAW | DELAWARE OFFICE |
|---|---|---|

PENNSYLVANIA OFFICE
Suite 2000, Eight Penn Center
1628 John F. Kennedy
Boulevard
Philadelphia PA 19103
(215) 320-3260
Fax: (215) 320-3261

ATTORNEYS AT LAW

WILLOW RIDGE EXECUTIVE OFFICE PARK
750 ROUTE 73 SOUTH – SUITE 301
MARLTON, NJ 08053
(856) 810-8860

FAX (856) 810-8861

DELAWARE OFFICE
1201 North Orange Street, Suite 730
Wilmington, DE 19801
(302) 884-6700
Fax: (302) 573-2507

Patrick J. McStravick
Direct Dial: (215)-320-2087
Email: pmcstravick@hollsteinkeating.com

September 20, 2006

**Via Fax and Regular Mail: (302) 594-4509**
Stephen P. Casarino, Esquire
800 North King Street
Suite 200
PO Box 1276
Wilmington, DE 19899

    **Re:**    **Picchi v. Summit North Marina**
             **No. 06 cv 00193 (KAJ)**

Dear Mr. Casarino:

    Would you please provide your Rule 26 responses to us immediately.

    We have reviewed your Motion to Dismiss based upon the timing of the filing of this suit. The motion alleges that "memories" have "likely dimmed" and that you do not have access to "lost or destroyed records".

    Since your motion is based on these unsubstantiated allegations, your response is critical to our reply. We do not wish to be in a position to be forced to object to the motion based on the failure of you to produce the required Rule 26 material and information in your possession.

    Obviously, we need the information regarding Mr. Ayers, any other employees you had at that time period, who were working on the ice breaking, and the names, addresses and telephone numbers of other individual slip owners that were in the vicinity of Mr. Picchi's slip, and all information you have regarding the ice breaking, the incident, and subsequent reports. While the foregoing list is without prejudice to our need of your entire Rule 26 Disclosure, these

{2188.00001:YFE0006}

September 20, 2006
Page - 2 –

documents and this information would at least (hopefully) put us in a position where we would not be forced to object to your motion on the basis of a failure of discovery.

     We await your Rule 26 submission and your motion.

                    Very truly yours,

                    Edward V. Cattell, Jr.
                    Patrick J. McStravick

PJM/yfj

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

JOHN B. PICCHI            :
          Plaintiff,    :
                    :     Civil Action No. 06 - 193 (KAJ)
v.                     :
                    :
SUMMIT NORTH MARINA, Inc.  :
          Defendant   ;

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Certification of Patrick J. McStravick was served using CM/ECF which will send notification of such filing to, and by United States mail, postage prepaid, this 2nd day of October, 2006, to:

| | |
|---|---|
| Stephen P. Casarino, Esquire<br>800 North King Street<br>Suite 200<br>PO Box 1276<br>Wilmington, DE 19899 | |

                          **HOLLSTEIN KEATING**
           **CATTELL JOHNSON & GOLDSTEIN, PC**

By: _____
                   Patrick J. McStravick

Dated:  October 2, 2006

{2188.00001:PJM0038}