IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN B. PICCHI, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No.: 06 193 (KAJ) |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SUMMIT NORTH MARINA, Inc., | ) | |
| | ) | |
|     Defendant. | ) | |

## DEFENDANT'S INITIAL DISCLOSURES

1.    A.    Persons to likely have discoverable information

    Darryl Baker c/o defendant;
    Keith King, c/o defendant;
    Janice Trala, 102 Fairmont Drive, Bear, Delaware, 19701

    B.    Description of documents

    Defendant has in its possession copies of a contract entered into between plaintiff defendant and a copy of a report prepared by Ocean Marine Specialist, Inc.

    C.    Computation of any category of damages

    See invoice from Summit North Marina and invoice of the Guardian Company dated 2/20/03.

    D.    Insurance Agreement

    Attached hereto is a copy of the Declaration Page for defendant's insurance carrier.

2.    Disclosure of expert testimony

    Defendant intends to call Jonathan Klipman and Daniel K. Rutherford, c/o Ocean Marine Specialties, Inc., 113 Stevens Street, West Cape May, NJ 08204. A copy of Ocean Marine Specialties Final Report is attached hereto.

    A copy of the photographic log is attached hereto.

|  |  |
|---|---|
|  | /s/ Stephen P.Casarino |
|  | STEPHEN P. CASARINO, ESQUIRE |
|  | I.D. No. 174 |
|  | 800 North King Street, Suite 200 |
|  | P.O. Box 1276 |
|  | Wilmington, DE 19899 |
|  | (302) 594-4500 |
| Dated: October 24, 2006 | Attorney for the Defendant |