**CERTIFICATE OF SERVICE**

I, Stephen P. Casarino, Esq., hereby certify that I have caused to be mailed via first class mail at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 24th day of October, 2006, a true and correct copy of Defendant's Initial Disclosures to:

Patrick McStravick, Esquire
Hollstein, Keating, Cattell, Johnson & Goldstein, PC
12th & Orange Street, Suite 730
One Commerce Center
Wilmington, DE 19801

CASARINO, CHRISTMAN & SHALK

/s/ Stephen P.Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500

Dated: October 24, 2006            Attorney for the Defendant