IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN B. PICCHI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-193-*** (MPT) |
| | : | |
| SUMMIT NORTH MARINA, INC., | : | |
| | : | |
| Defendant. | : | |

### ORDER

At Wilmington this **10th** day of **January, 2007**,

IT IS ORDERED that the teleconference scheduled for Thursday, February 22, 2007 at 9:00 a.m. with Judge Thynge has been changed to **3:00 p.m.** The purpose of the teleconference is to discuss the status of the case. **Defense counsel shall initiate the teleconference call.**

IT IS FURTHER ORDERED that counsel are to provide the Magistrate Judge with a joint status report on or before **February 15, 2007. The status report shall be electronically filed, with a courtesy copy provided to the Magistrate Judge.** The status report shall be limited to **two (2) pages, double spaced, 12 point font**, and shall include, but is not limited to, the following: the present status of the case, all outstanding motions, including D.I. numbers and the dates on which briefing was completed, the status of discovery, as well as pertinent dates under the original scheduling order, and any subsequent scheduling orders, including prior pretrial and trial dates, whether the case is scheduled for mediation, and if so, whether the parties intend to proceed with mediation,

and whether the parties have discussed settlement independent of any formal ADR.

No revision of prior scheduling orders will be considered by the Magistrate Judge until the joint status report has been filed.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE