IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN B. PICCHI | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06 - 193 (KAJ) |
| v. | : | |
| | : | |
| SUMMIT NORTH MARINA, Inc. | : | |
| Defendant | ; | |

## JOINT STATUS REPORT

**1.    Present Status Of The Case**

The parties are currently conducting discovery.

**2.    Outstanding Motions**

Motion to Dismiss filed by Summit North Marina filed September 18, 2006, Docket No. 15; Opposition to Motion of John Picchi filed October 10, 2006.

Briefing was completed on October 10, 2006.

**3.    Status Of Discovery**

Ongoing. Plaintiff has served written discovery which the defendant is in the process of answering; an extension with the agreement of plaintiff has been provided to accommodate these answers. The parties are currently in the process of subpoenaing and scheduling depositions of witnesses. Significant paperwork was exchanged in Rule 26 disclosures.

Future discovery will likely include additional written discovery and additional depositions. Plaintiff may seek to extend the discovery deadline to accommodate this additional discovery.

**4.    Pertinent Dates Under The Scheduling Order**

- Expert Identification        March 3, 2007

{2188.00001:PJM0077}

- Rebuttal Expert Identification March 30, 2007
- Discovery end date -       May 31, 2007;
- Status Report -            April 3, 2007;
- Status Conference -        April 10, 2007;
- Mediation -                June 8, 2007
- Dispositive Motions -      June 30, 2007;
- Proposed Pre-trial Order-  November 6, 2007
- Pre-trial conference -     December 6, 2007
- Jury Trial -               January 7, 2008

**5.    Mediation**

Scheduled for June 8, 2007 before Your Honor at 10:00am in Courtroom 6(C ).

**6.    Settlement Discussions**

None as of this time.

**Respectfully submitted,**
**Joint submission filed by:**

**HOLLSTEIN KEATING CATTELL JOHNSON & GOLDSTEIN, P.C.**

    /s/Lynne M. Parker
Lynne M. Parker, Esquire. (Bar No. 2811)
Edward V. Cattell, Esquire *pro hac vice*
Patrick J. McStravick, Esquire *pro hac vice*
1201 N. Orange Street, Suite 730
Wilmington, Delaware 19801
Phone #: (302) 884-6700
Fax #: (302) 573-2507

Attorneys for Plaintiff
John B. Picchi

Date: February 15, 2007