## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JOHN B. PICCHI,                          :
                                         :
                Plaintiff,               :
                                         :
        v.                               :    Civil Action No. 06-193-***
                                         :
SUMMIT NORTH MARINA, INC.,               :
                                         :
                Defendant.               :

## ORDER

At Wilmington this **22ⁿᵈ** day of **February, 2007**,

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, February 28, 2007 at 10:15 a.m.**  The purpose of the teleconference is to discuss the status of the case.  **Stephen P. Casarino, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE