IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN B. PICCHI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-193-MPT |
| SUMMIT NORTH MARINA, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **28th** day of **February, 2007**,

IT IS ORDERED that the memoranda schedule on the issue of a jury trial shall be as follows: Defendant's Opening Memorandum of no more than **ten (10) pages, double-spaced, 12 pt. font,** is due on or before **March 16, 2007.** Plaintiff's response, subject to the same limitations, is due on or before **March 30, 2007.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE