IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN B. PICCHI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 06 193 (KAJ) |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SUMMIT NORTH MARINA, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, Stephen P. Casarino, hereby state that on this 6th day of March, 2007, I have had deposited in the mailbox at 800 King Street, Wilmington, Delaware, true and correct copies of Defendant Summit North Marina, Inc. Interrogatories and Request for Production of Documents directed to the Plaintiff addressed to the person(s) listed below:

Patrick J. McStravick, Esquire
Hollstein, Keating, Cattell
Johnson & Goldstein, P.C.
1201 North Orange Street, Suite 730
Wilmington, DE 19801

CASARINO, CHRISTMAN & SHALK

/s/ Stephen P. Casarino Del. Bar #174
STEPHEN P. CASARINO
800 King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Greyhound Lines, Inc.