# CASARINO, CHRISTMAN & SHALK, P.A.
ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN
SARAH C. BRANNAN

**REPLY TO OUR MAILING ADDRESS:**
P.O. BOX 1276
WILMINGTON, DE 19899

March 8, 2007

Magistrate Mary Pat Thynge
United States District Court
844 N. King Street
Lock Box 8
Wilmington, DE 19801

  Re: Picchi v. Summit North Marina
    C.A. No. 06 193 (KAJ)

Dear Judge Thynge:

  I have done research on whether we are entitled to a jury trial in this case. Although there is case law to the effect that we are entitled to a jury trial on the counter claim, it appears that the plaintiff is entitled to a bench trial on his case. It makes no sense to me to have a jury decide a portion of the case, therefore we will concede the issue and have the entire case tried by bench.

            Respectfully yours,

            /s/ Stephen P. Casarino

            STEPHEN P. CASARINO

SPC/rt

cc: Patrick McStravick, Esquire