**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOHN B. PICCHI : | |
| Plaintiff, : | |
| : | Civil Action No. 06 - 193 (KAJ) |
| v.   : | |
| : | |
| SUMMIT NORTH MARINA, Inc. : | |
| Defendant ; | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily consent to have United States Magistrate Judge Mary Pat Thynge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

| **HOLLSTEIN KEATING CATTELL JOHNSON & GOLDSTEIN, P.C.** | **CASARINO. CHRISTMAN & SHALK** |
|---|---|
| /s/Lynne M. Parker | /s/ Stephen P. Casarino |
| Lynne M. Parker, Esquire. (Bar No. 2811) | Stephen P. Casarino. Esquire (Bar No. 174) |
| Edward V. Cattell, Esquire *pro hac vice* | 800 North King Street, Suite 200 |
| Patrick J. McStravick, Esquire *pro hac vice* | P.O. Box 1276 |
| 1201 N. Orange Street, Suite 730 | Wilmington, DE 19899 |
| Wilmington, Delaware 19801 | (302) 594-4500 |
| Phone #: (302) 884-6700 | |
| Fax #: (302) 573-2507 | |
| | |
| Attorneys for Plaintiff | Attorney for Defendant |
| John B. Picchi | Summit North Marina, Inc. |

{2188.00001:YFE0022}