IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN B. PICCHI<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SUMMIT NORTH MARINA, Inc.<br>　　　　　　　　Defendant | Civil Action No. 06 - 193 (KAJ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily consent to have United States Magistrate Judge Mary Pat Thynge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

| HOLLSTEIN KEATING CATTELL<br>JOHNSON & GOLDSTEIN, P.C. | CASARINO. CHRISTMAN & SHALK |
|---|---|
| ___/s/Lynne M. Parker___<br>Lynne M. Parker, Esquire. (Bar No. 2811)<br>Edward V. Cattell, Esquire *pro hac vice*<br>Patrick J. McStravick, Esquire *pro hac vice*<br>1201 N. Orange Street, Suite 730<br>Wilmington, Delaware 19801<br>Phone #: (302) 884-6700<br>Fax #: (302) 573-2507<br><br>Attorneys for Plaintiff<br>John B. Picchi | ___/s/ Stephen P. Casarino___<br>Stephen P. Casarino. Esquire (Bar No. 174)<br>800 North King Street, Suite 200<br>P.O. Box 1276<br>Wilmington, DE 19899<br>(302) 594-4500<br><br><br><br>Attorney for Defendant<br>Summit North Marina, Inc. |

{2188.00001:YFE0022}

SO ORDERED, this 26th day of March, 2007

_____
UNITED STATES DISTRICT JUDGE