

# HOLLSTEIN KEATING
# CATTELL JOHNSON & GOLDSTEIN P.C.

PENNSYLVANIA OFFICE
Suite 2000, Eight Penn Center
1628 John F. Kennedy Boulevard
Philadelphia PA 19103
(215) 320-3260
FAX (215) 320-3261

ATTORNEYS AT LAW

1201 NORTH ORANGE STREET, SUITE 730
WILMINGTON, DE 19801
(302) 884-6700

FAX: (302) 573-2507

NEW JERSEY OFFICE
Willow Ridge Executive Office Park
750 Route 73 South – Suite 301
Marlton, NJ 08053
(856) 810-8860
Fax (856) 810-8861

Lynne M. Parker
Member NJ, PA & DE Bars

E-mail Address
lmp@hkcjg.com

June 5, 2007

**FILED ELECTRONICALLY PER THE COURT'S FEBRUARY 28, 2007
<u>AMENDED SCHEDULING ORDER</u>**

The Honorable Mary Pat Thynge
United States District Court
844 N. King Street
Lock Box 8
Wilmington, DE  19801

      **RE:** **John B. Picchi v. Summit North Marina, Inc.
            Civil Action No. 06 - 193 (MPT)**

Dear Judge Thynge:

    Consistent with the procedure outlined in the Court's February 28, 2007 Amended Scheduling Order, the plaintiff hereby submits the following letter outlining its discovery dispute with the defendant.

    Plaintiff respectfully requests that Lynne Parker, Esquire be excused from the conference; Patrick McStravick Esquire, *pro hac vice*, will be attending on behalf of the plaintiff.

    Plaintiff propounded Interrogatories and Requests for Production of Documents on the defendant on January 12, 2007.  On February 14, 2007, plaintiff confirmed by e-mail a brief extension for the discovery responses, which were at that point already overdue.

    When the responses were not forthcoming, on March 22, 2007, plaintiff demanded a response on or before March 28, 2007, by correspondence.  Plaintiff indicated that if no responses were received, defendant would be forced to contact the Court to resolve the issue.  No responses of any type were received.

{2188.00001:PJM0085}

On April 5, 2007, plaintiff again demanded responses to the outstanding discovery by correspondence[1], again indicating that if no responses were received, defendant would be forced to contact the Court to resolve the issue. Again, no responses were received.

Plaintiff now seeks an Order compelling the responses. Plaintiff's discovery is very basic, consisting of seven (7) interrogatories and six (6) document requests. The requests all focus on information about the marina (defendant's place of business), witnesses, and documents which are relevant. No objections were made to these requests.

Plaintiff wishes to schedule depositions, but requires responses to these, and potentially to follow up discovery, before meaningful depositions can take place.

For the foregoing reasons, plaintiff respectfully requests that the Court order defendant to provide responses to the outstanding discovery or suffer sanctions to be determined by the Court.

Respectfully submitted,

**HOLLSTEIN KEATING CATTELL
JOHNSON & GOLDSTEIN, P.C.**


        /s/Lynne M. Parker
Lynne M. Parker, Esquire. (Bar No. 2811)
1201 N. Orange Street, Suite 730
Wilmington, Delaware 19801
Phone #: (302) 884-6700
Fax #: (302) 573-2507

Edward V. Cattell, Esquire  *pro hac vice*
Patrick J. McStravick, Esquire  *pro hac vice*
Hollstein Keating Catell Johnson & Goldstein, P.C.
Eight Penn Center, Suite 2000
1628 John F. Kennedy Boulevard
Philadelphia, PA 19103
Telephone:  (215) 320-3260
Facsimile:  (215) 320-3261

Attorneys for Plaintiff
John B. Picchi

cc:    Stephen Casarino, Esquire (Via Fax, Regular Mail and Electronic Service)

---

[1] By the April 5, 2004 letter, *plaintiff* was providing responses to the *defendant's* discovery requests.

{2188.00001:PJM0085}

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN B. PICCHI | : | |
|     Plaintiff, | : | |
| | : | Civil Action No. 06 - 193 (MPT) |
| v. | : | |
| | : | |
| SUMMIT NORTH MARINA, Inc. | : | |
|     Defendant | ; | |

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Letter brief was served upon the following by electronic service, fax and United States mail, postage prepaid, June 5, 2007:

| | |
|---|---|
| Stephen P. Casarino, Esquire<br>800 North King Street<br>Suite 200<br>PO Box 1276<br>Wilmington, DE 19899 | |

By:  _____
                 Patrick J. McStravick

{2188.00001:PJM0084}