IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN B. PICCHI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-193-MPT |
| SUMMIT NORTH MARINA, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **7th** day of **June, 2007**.

IT IS ORDERED that the transcript of the June 7, 2007 teleconference with Judge Thynge shall serve as an Order of the Court.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Monday, June 25, 2007 at 8:30 a.m.** with Judge Thynge to confirm that the discovery issues addressed during the June 7, 2007 teleconference have been completed. Plaintiff's counsel is to advise no less than 24 hours prior to the June 25th teleconference, if it needs to go forward. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE