## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN B. PICCHI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-193-MPT |
| SUMMIT NORTH MARINA, INC., | : |
| Defendant. | : |

### ORDER

At Wilmington this **8th** day of **June, 2007**.

IT IS ORDERED that the teleconference scheduled for Monday, June 25, 2007 at 8:30 a.m. with Judge Thynge to confirm that the discovery issues addressed during the June 7, 2007 teleconference have been completed has been rescheduled to **Tuesday, August 7, 2007 at 8:30 a.m.**. Plaintiff's counsel is to advise no less than 24 hours prior to the August 7th teleconference, if it needs to go forward. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE