IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN B. PICCHI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 06 193 (KAJ) |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SUMMIT NORTH MARINA, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITIONS

TO:   John B. Picchi
c/o Patrick McStravick, Esquire
Holstein, Keating, Cattell, Johnson & Goldstein, P.C.
1201 North Orange Street, Suite 730
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned attorney will take the depositions of the following individual on Friday, August 17, 2007 beginning at 2:00 p.m. in the office of Stephen P. Casarino, located at 800 North King Street, Suite 200, Wilmington, DE 19802.

**Plaintiff John B. Picchi** - beginning at 2:00 p.m.

CASARINO, CHRISTMAN & SHALK, P.A.

  /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ #174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for the Defendant

DATED: July 19, 2007

**CERTIFICATE OF SERVICE**

I, Stephen P. Casarino, Esq., hereby certify that I have caused to be served via CM/ECF at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 23rd day of July, 2007, a true and correct copy of the attached Notice of Deposition dated July 19, 2007 to:

Patrick McStravick, Esquire
Holstein, Keating, Cattell, Johnson & Goldstein, P.C.
1201 North Orange Street, Suite 730
Wilmington, DE 19801

CASARINO, CHRISTMAN & SHALK, P.A.

 /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ. #174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for the Defendant