

# HOLLSTEIN KEATING
# CATTELL JOHNSON & GOLDSTEIN P.C.

| | | |
|---|---|---|
| PENNSYLVANIA OFFICE<br>Suite 2000, Eight Penn Center<br>1628 John F. Kennedy Boulevard<br>Philadelphia PA 19103<br>(215) 320-3260<br>FAX (215) 320-3261 | ATTORNEYS AT LAW<br><br>1201 NORTH ORANGE STREET, SUITE 730<br>WILMINGTON, DE 19801<br>(302) 884-6700 | NEW JERSEY OFFICE<br>Willow Ridge Executive Office Park<br>750 Route 73 South – Suite 301<br>Marlton, NJ 08053<br>(856) 810-8860<br>Fax (856) 810-8861 |
| Lynne M. Parker<br>Member NJ, PA & DE Bars | FAX: (302) 573-2507 | E-mail Address<br>lmp@hkcjg.com |

September 10, 2007

**FILED ELECTRONICALLY**

The Honorable Mary Pat Thynge
United States District Court
844 N. King Street
Lock Box 8
Wilmington, DE  19801

      **RE:**   **John B. Picchi v. Summit North Marina, Inc.**
              **Civil Action No. 06 - 193 (MPT)**

Dear Judge Thynge:

      Consistent with the Court's February 28, 2007 Amended Scheduling Order, the plaintiff hereby submits the following Joint Status Report outlining the status in this matter.

      Counsel for the defendant Summit North Marina, Stephen Casarino, Esquire, and the undersigned respectfully submit to the Court that there is nothing new to add to the status of the case, and that they believe that the conference currently scheduled for September 17, 2007 at 9:00am is not necessary.

## Present Status Of The Case and Discovery

      The parties have exchanged written discovery, taken several depositions and exchanged expert reports.

      The parties expect to take one or two more depositions of fact witnesses, and perhaps some small additional written discovery.  The parties then expect to have supplemental expert reports and to conclude discovery.

      Consistent with the Court's Order for referral to Judge Stark to explore ADR, Judge Stark held an initial conference.  Mediation before Judge Stark is currently being scheduled, and is expected to take place before the discovery end date.

{2188.00001:PJM0088}

**Outstanding Motions**

None.

**Pertinent Dates Under The Scheduling Order**

- Status Conference -        September 17, 2007;

- Discovery end date -       November 1, 2007;

- Mediation -                t/b/d;

- Proposed Pre-trial Order-  December 21, 2007;

- Pre-trial conference -     January 11, 2008;

- Bench Trial -              January 29, 2008 (4 days).

**Respectfully submitted,
Joint submission filed by:**

**HOLLSTEIN KEATING CATTELL
JOHNSON & GOLDSTEIN, P.C.**

    /s/Lynne M. Parker
Lynne M. Parker, Esquire. (Bar No. 2811)
1201 N. Orange Street, Suite 730
Wilmington, Delaware 19801
Phone #: (302) 884-6700
Fax #: (302) 573-2507

Edward V. Cattell, Esquire  *pro hac vice*
Patrick J. McStravick, Esquire  *pro hac vice*
Hollstein Keating Catell Johnson & Goldstein, P.C.
Eight Penn Center, Suite 2000
1628 John F. Kennedy Boulevard
Philadelphia, PA 19103
Telephone:  (215) 320-3260
Facsimile:  (215) 320-3261

Attorneys for Plaintiff
John B. Picchi

cc:   Stephen Casarino, Esquire (Via Fax, Regular Mail and Electronic Service)

{2188.00001:PJM0088}