IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN B. PICCHI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-193-MPT |
| SUMMIT NORTH MARINA, INC., | : |
| Defendant. | : |

### ORDER

At Wilmington this **12th** day of **September, 2007**.

IT IS ORDERED that in light of the parties' joint status report dated September 10, 2007, the status teleconference scheduled for September 17, 2007 is cancelled.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE