**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| John B. Picchi,<br>        Plaintiff,<br><br>v.<br><br>Summit North Marina Inc.,<br>        Defendant. | :<br>:<br>:<br>: Civ. No. 06-193 MPT<br>:<br>:<br>: |

### SUPPLEMENTAL ORDER

At Wilmington this **4th** day of **October, 2007,**

IT IS ORDERED that:

1. In preparation for the mediation conference scheduled for **November 7, 2007 at 10:30 a.m.**, on or before **October 24, 2007, AN ORIGINAL** and **ONE COPY** of the mediation conference statements shall be submitted ONLY to the Magistrate Judge. The mediation conference statements **shall not be filed** with the Clerk's Office, but **shall be delivered to the Clerk's Office in an envelope addressed to U. S. Magistrate Judge Leonard P. Stark and marked "CONFIDENTIAL MEDIATION STATEMENT."** The statements shall not be exchanged among the parties or counsel (unless the parties so desire), shall not be provided to the trial judge and shall not become part of the record in this matter. **Mediation statements shall NOT be electronically filed since they are not part of the Court record.**

2. All other provisions of the Amended Order (Docket No. 49, Entered on September 14, 2007), shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE