IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN B. PICCHI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 06 193 (KAJ) |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SUMMIT NORTH MARINA, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, Stephen P. Casarino, hereby state that on this 12th day of November, 2007, I have had deposited in the mailbox at 800 N. King Street, Wilmington, Delaware, 19801, true and correct copies of the Defendant's Request for Production of Documents Directed to Plaintiff to:

Patrick McStravick, Esquire
Hollstein, Keating, Cattell, Johnson & Goldstein, PC
12th & Orange Street, Suite 730
One Commerce Center
Wilmington, DE 19801

CASARINO, CHRISTMAN & SHALK

 /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant