## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN B. PICCHI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-193-MPT |
| SUMMIT NORTH MARINA, INC., | : |
| Defendant. | : |

### ORDER

At Wilmington this **27th** day of **November, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, November 29, 2007 at 8:15 a.m. Stephen P. Casarino, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE