# CASARINO, CHRISTMAN & SHALK, P.A.
### ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
SARAH C. BRANNAN
J'AIME L. WALKER **

** ADMITTED IN PA and NJ ONLY

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

November 20, 2007


FILED
NOV 2 6 2007
MARY PAT THYNGE
U.S. MAGISTRATE JUDGE

Magistrate Judge Mary Pat Thynge
U.S. District Court for the
District of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

RE: Picchi v. Summit North Marina
C.A. No.: 06 193 (KAJ)

Dear Judge Thygne:

I have been notified by the Delaware Supreme Court that it will have oral argument en banc in the case of *Campbell v. DiSabatino* on January 30, 2008 at 1:15 p.m. Under the circumstances, I would respectfully ask if the court could terminate trial proceedings on January 30 at 11:00 a.m. so that I can argue the case before the court.

Respectfully yours,

STEPHEN P. CASARINO

SPC:pw

cc: Patrick J. McStravick, Esq.