

# HOLLSTEIN KEATING
# CATTELL JOHNSON & GOLDSTEIN P.C.

| PENNSYLVANIA OFFICE | ATTORNEYS AT LAW | NEW JERSEY OFFICE |
|---|---|---|
| Suite 2000, Eight Penn Center | | Willow Ridge Executive Office Park |
| 1628 John F. Kennedy Boulevard | 1201 NORTH ORANGE STREET, SUITE 730 | 750 Route 73 South – Suite 301 |
| Philadelphia PA 19103 | WILMINGTON, DE 19801 | Marlton, NJ 08053 |
| (215) 320-3260 | (302) 884-6700 | (856) 810-8860 |
| FAX (215) 320-3261 | | Fax (856) 810-8861 |

Lynne M. Parker  
Member NJ, PA & DE Bars

FAX: (302) 573-2507

E-mail Address  
lmp@hkcjg.com

January 8, 2008

**FILED ELECTRONICALLY**

The Honorable Mary Pat Thynge  
United States District Court  
844 N. King Street  
Lock Box 8  
Wilmington, DE  19801

> RE:  **John B. Picchi v. Summit North Marina, Inc.**  
> **Civil Action No. 06 - 193 (MPT)**

Dear Judge Thynge:

    We are writing to respectfully request that Lynne Parker, Esquire, local counsel in the above captioned matter, be excused from attending the Pre-Trial Conference set for this matter on January 11, 2008, and the trial of this matter, scheduled for January 29-February 1, 2008. Ms. Parker will not be trial counsel for this matter.

                                   **Respectfully submitted,**

                                     **HOLLSTEIN KEATING CATTELL**  
                                     **JOHNSON & GOLDSTEIN, P.C.**

                                     /s/Lynne M. Parker  
                                   Lynne M. Parker, Esquire. (Bar No. 2811)  
                                   1201 N. Orange Street, Suite 730  
                                   Wilmington, Delaware 19801  
                                   Phone #: (302) 884-6700  
                                   Fax #: (302) 573-2507

                                   Edward V. Cattell, Esquire  *pro hac vice*  
                                   Patrick J. McStravick, Esquire  *pro hac vice*

January 8, 2008
Page - 2 -

                                       Hollstein Keating Catell Johnson & Goldstein, P.C.
                                       Eight Penn Center, Suite 2000
                                       1628 John F. Kennedy Boulevard
                                       Philadelphia, PA 19103
                                       Telephone:  (215) 320-3260
                                       Facsimile:  (215) 320-3261

                                       Attorneys for Plaintiff
                                       John B. Picchi

cc:    Stephen Casarino, Esquire (Via Regular Mail and Electronic Service)

{2188.00001:PJM0120}