

# HOLLSTEIN KEATING
# CATTELL JOHNSON & GOLDSTEIN P.C.

| PENNSYLVANIA OFFICE | ATTORNEYS AT LAW | NEW JERSEY OFFICE |
|---|---|---|
| Suite 2000, Eight Penn Center | | Willow Ridge Executive Office Park |
| 1628 John F. Kennedy Boulevard | 1201 NORTH ORANGE STREET, SUITE 730 | 750 Route 73 South – Suite 301 |
| Philadelphia PA 19103 | WILMINGTON, DE 19801 | Marlton, NJ 08053 |
| (215) 320-3260 | (302) 884-6700 | (856) 810-8860 |
| FAX (215) 320-3261 | | Fax (856) 810-8861 |

Lynne M. Parker  
Member NJ, PA & DE Bars

FAX: (302) 573-2507

E-mail Address  
lmp@hkcjg.com

January 23, 2008

**<u>FILED ELECTRONICALLY</u>**

The Honorable Mary Pat Thynge  
United States District Court  
844 N. King Street  
Lock Box 8  
Wilmington, DE  19801

      RE:    **John B. Picchi v. Summit North Marina, Inc.**  
               **Civil Action No. 06 - 193 (MPT)**

Dear Judge Thynge:

      We are pleased to advise the Court that the parties have reached a resolution to the above captioned matter. The trial scheduled by the Court for January 29-February 1, 2008 can therefore be adjourned.

                                   **Respectfully submitted,**

                                   **HOLLSTEIN KEATING CATTELL**  
                                   **JOHNSON & GOLDSTEIN, P.C.**

                                    /s/Lynne M. Parker  
                                   Lynne M. Parker, Esquire (Bar No. 2811)  
                                   1201 N. Orange Street, Suite 730  
                                   Wilmington, Delaware 19801  
                                   Phone #: (302) 884-6700  
                                   Fax #: (302) 573-2507

cc:    Stephen Casarino, Esquire (Via E-Mail and Electronic Service)

{2188.00001:PJM2104}